**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Alfaygo NIGHTENGALE,
Defendant–Appellant.**

No. 02–6765.

United States Court of Appeals,
Fourth Circuit.

Submitted July 25, 2002.

Decided Aug. 2, 2002.

Alfaygo Nightengale, Appellant Pro Se. Samuel Gerald Nazzaro, Jr., Assistant United States Attorney, Wheeling, West Virginia, for Appellee.

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM:

Alfaygo Nightengale seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2002). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appeala-bility and dismiss the appeal on the reasoning of the district court. *United States v. Nightengale,* Nos. CR–98–17; CV–00–182 (N.D.W.Va. Feb. 20, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*